**E-filed 5/11/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BO TANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-0683 JF<br><br>STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |

   The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for May 11, 2007, in light of the following:

   1. The plaintiff filed an action on February 1, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

   2. The defendants have filed a motion to dismiss the action and the hearing on that motion is

Stip to Extend Date of Case Management Conference
C07-0683 JF                                           1

1  scheduled for June 1, 2007.

2     3.  The parties ask this Court to schedule the case management conference on a date after the

3  hearing on defendants' motion to dismiss, if a case management conference is necessary.

5  Dated: May 9, 2007                       /s/
6                                    ILA C. DEISS
                                  Assistant United States Attorney
                                  Attorney for Defendants

8  Dated: May 9, 2007                       /s/
9                                    JUSTIN FOK
                                  Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to __July 6, 2007___, at 10:30 a.m.

Dated: May _11_, 2007

                                  JEREMY FOGEL
                                  United States District Court