**E-filed 7/17/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BO TANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-0683 JF <br><br> STIPULATION TO EXTEND HEARING DATE ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER <br><br> Date: July 27, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 3, 5th Floor |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the hearing date on the parties' motion for summary judgment, which is currently scheduled for July 27, 2007, in light of the following:

    1. On June 1, 2007, the Court scheduled a hearing on the parties' cross-motion for summary judgment for July 27, 2007.

    2. On July 2, 2007, the State Department issued an "Update on July Visa Availability" stating

Stipulation to Vacate Hearing Date
C07-0683 JF                1

1  that there were no more employment-based visa numbers available for the rest of the fiscal year,
2  attached hereto as Exhibit A.
3     3.  The State Department will not be issuing any more employment-based visas until October
4  2007, and USCIS is unable by statute to adjudicate the application for adjustment of status.
5     4.  Therefore, the parties hereby request this Court to vacate the July 27, 2007 hearing date and
6  to hold the case in abeyance until visas become available.  Within three days of visas becoming
7  available the parties agree to reset the hearing date on the cross-motions for summary judgment.

Dated: July 11, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 11 , 2007

/s/
JUSTIN FOK
Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case is held temporarily held in abeyance and the July 27, 2007 hearing is vacated.  A Status Conference is set for November 9, 2007 at 10:30 AM.

Dated: July  17 , 2007

JEREMY FOGEL
United States District Judge