**E-fled 9/4/07**

Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Bo Tang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Bo Tang,**  Plaintiff,  v.  **Michael Chertoff**, Secretary of the Department of Homeland Security;  Defendant. | Case No. C 07-0683 JF  **STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a new Summary Judgment Hearing date in the above-entitled action in light of the following:

1. On July 17, 2007, the Court granted the parties' stipulation to hold this case in abeyance because the Department of State no longer had any visas available for the month of August.

2. On or around August 15, 2007, the State Department issued *Visa Bulletin for*

Case No. C 07-0683 JF                                 1
**STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER**

1 *September 2007*, indicating that the visas will become available for the month of September
2 (**Exhibit 1**).  According to the *Visa Bulletin for August 2007*, visas are expected to remain
3 available through October 2007 (**Exhibit 2**).
4    3. Therefore, the parties respectfully request a new Summary Judgment Hearing date of
5 October 12, 2007 at 9:00 AM.
6    4. Additionally, in the interest of judicial economy and for the convenience of the parties,
7 the parties respectfully request that the Status Conference for this case, currently scheduled for
8 November 9, 2007, be held at the same time as the summary judgment hearing on October 12,
9 2007.
10    The parties filed their cross motions for summary judgment on June 22, 2007. The parties
11 reply motions are now due on September 28, 2007.

Respectfully Submitted,

Dated:  August 21, 2007              _____/s/_____
                                     Justin G. Fok
                                     Law Offices of Jean D. Chen
                                     Attorney for Plaintiff


Dated:  August 22, 2007              _____/s/_____
                                     Ila C. Deiss
                                     Assistant United States Attorney
                                     Attorney for Defendants

///
///
///

Case No. C 07-0683 JF                    2
**STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER**

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __9/4/07__             _____
                                  JEREMY FOGEL
                                  United States District Judge