**E-filed 10/17/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 BO TANG,                          )
                                     ) No. C 07-0683 JF
13           Plaintiff,              )
                                     )
14      v.                           )
                                     )
15 MICHAEL CHERTOFF, Secretary of the ) **STIPULATION TO DISMISS AND**
   Department of Homeland Security;  ) **[PROPOSED] ORDER**
16 EMILIO T. GONZALEZ, Director of   )
   United States Citizenship and Immigration )
17 Services;                         )
   DAVID STILL, San Francisco District Director, )
18 United States Citizenship and Immigration )
   Services;                         )
19 ROBERT S. MUELLER, III, Director  )
   of the Federal Bureau of Investigation, )
20                                   )
             Defendants.              )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status applications (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C07-0683 JF                        1

1
2  Dated: October 11, 2007                           /s/
3                                                    ILA C. DEISS
                                                     Assistant United States Attorney
                                                     Attorney for Defendants
4
5  Dated: October 10, 2007                           /s/
                                                     JUSTIN FOK
6                                                    Attorney for Plaintiff
7
8                                         **ORDER**
9      Pursuant to stipulation, IT IS SO ORDERED.
10
11 Dated: October _16_, 2007
                                                     JEREMY FOGEL
12                                                   United States District Judge
13
...
28

Stipulation to Dismiss
C07-0683 JF                                2